442 A.2d 693

**James B. GALLARDY, Appellant,**

**v.**

**Lloyd Clair ASHCRAFT and Nancy Ann Ashcraft, his wife.**

Supreme Court of Pennsylvania.

Argued March 2, 1982.

Decided April 2, 1982.

Francis J. Leahey, Jr., Ebensburg, George Gvozdich, Jr., for appellant.

Robert B. Mitinger, Jr., Miller, Kistler & Campbell, Bellefonte, for appellees.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM:

Appeal is dismissed as having been improvidently granted.